IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TERI R. SMITH, on behalf of herself and the class members described herein,<br><br>        Plaintiff,<br><br>v.<br><br>CONDUENT EDUCATION SERVICES, LLC, f/k/a ACS, ACCESS GROUP, INC., and ACCESS FUNDING 2015-1,<br><br>        Defendant. | Case No. 6:18-cv-1329 (FJS/ATB) |

**PLAINTIFF'S NOTICE OF ADDITIONAL AUTHORITY**

Plaintiff Terri Smith respectfully submits the opinion in *Jessica Olsen and Teri R. Smith v Nelnet, Inc., et al,* 4:18-cv-03081, (D. Neb. May 21, 2019), as additional authority in support of Plaintiff's Memorandum of Law in Opposition to Defendant's Motion to Dismiss Plaintiff's complaint. A copy of the opinion is attached as Appendix A.

                                                        Respectfully submitted,

                                                        s/ Cassandra P. Miller
                                                        Cassandra P. Miller

Tiffany N. Hardy
Hardy NY Attorney Bar Number: 511785
Cassandra P. Miller (*Pro Hac Vice*)
Miller Illinois ARDC Number:6290238
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, IL  60603
(312) 739-4200
(312) 419-0379 (FAX)

Anthony J Fiorentino (*Pro Hac Vice*)
Fiorentino Illinois ARDC Number: 6316521

Fiorentino Law Offices
180 N. LaSalle Street Suite 2440
Chicago, IL 60601

Lawrence Katz
New York Attorney Bar Number: 2038461
Attorney for Plaintiff
Law Offices of Lawrence Katz
70 East Sunrise Highway Suite 500
Valley Stream NY 11581
(516) 374-2118
lkatz@lawkatz.com

## **CERTIFICATE OF SERVICE**

     I, Cassandra P. Miller , certify that on May 28, 2019, I caused a true and accurate copy of the foregoing document to be filed via the court's CM/ECF system, which will cause notification of such filing to be served upon all counsel of record.

                                                                   s/ Cassandra P. Miller
                                                                   Cassandra P. Miller

Daniel A. Edelman
Cassandra P. Miller
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, IL 60603
(312) 739-4200
(312) 419-0379 (FAX)