IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TERI R. SMITH, on behalf of herself and the class members described herein,<br><br>    Plaintiff,<br><br>v.<br><br>CONDUENT EDUCATION SERVICES, LLC, f/k/a ACS, ACCESS GROUP, INC., and ACCESS FUNDING 2015-1,<br><br>    Defendant. | Case No. 6:18-cv-1329 (FJS/ATB) |

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), Plaintiff Teri R. Smith, through her undersigned attorneys, hereby dismisses this action without prejudice, with each party to bear their own costs.

Respectfully submitted,

*/s/ Cassandra P. Miller*
Cassandra P. Miller
*Counsel for Plaintiff*

Cassandra P. Miller (*Pro Hac Vice*) (IL # 6290238)
Tiffany N. Hardy (NY #511785)
EDELMAN, COMBS, LATTURNER
& GOODWIN, LLC
20 South Clark Street, Ste. 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)
courtecl@edcombs.com

Lawrence Katz (NY #2038461)
LAW OFFICES OF LAWRENCE KATZ
70 East Sunrise Highway, Suite 500
Valley Stream, NY 11581
(516) 374-2118
lkatz@lawkatz.com

## CERTIFICATE OF SERVICE

  I, Cassandra P. Miller, hereby certify that on Thursday, February 20, 2020, I caused a true and accurate copy of the foregoing document to be filed via the courts CM/ECF online system, which sent notice via email to all counsel of record.

                *s/Cassandra P. Miller*
                Cassandra P. Miller

Cassandra P. Miller (Pro Hac Vice) (IL # 6290238)
Tiffany N. Hardy (NY #511785)
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 South Clark Street, Ste. 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)
Email address for service: courtecl@edcombs.com

IT IS SO ORDERED.
February 21, 2020

                _____
                Frederick J. Scullin, Jr.
                Senior United States District Judge